FILED

JUN 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Your Name: Michael Lamont RAY

Address: 607 Keith St APt 1B San Francisco Ca.

Phone Number: (415) 424-9817

Fax Number:

E-mail Address: dotray415@gmail.com

Pro Se Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C22-03647

Michael Lamont RAY

Plaintiff,

vs.

u.S ARMy "Et AL"

Defendant.

Case Number _____ [leave blank]

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒ No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Michael Lamont RAy

Address: 607 Keith St APt 1B SAN FRANCISCO Ca.

Telephone: (415) 424-9817

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: U.S. ARMY "E + AL"

Address: 4411 LLEWELLYN Avenue, Suit 5360 FORt GEORE G. Mead, MARyLand 20755-5125

Telephone:

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] My civil Rights - And My Rights to Privacy. Human Rights .

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

-3-

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in (Note) I Live in San Fran. Ca _____ County, it should be assigned to the United States District _____ Division of this Court. but I was told to file in Oakland Ca. Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

. My name is Michael Lamont Ray from San Francisco And This is the reason for asking to be compensated by the US. Army. First I'll like to start off by saying God Bless to the courts. And what I'M writing is as Mush as the truth as I can remember. I MichaelLamont Ray

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

-4-

___. If I'm not mistaken the day And year was December 3rd 2007. And I Arrived in Pine Bluff Arkansas December 5th 2007. I AM making this statement to the united states district courts. I'm Asking to sue the U.S. ARMY. And that my situation be magnified with the help of the courts

___. The reason being I traveled from california to Pine Bluff Arkansas. To stay with my Auntie And uncle Dwight McAfee. During my stay there In Pine Bluff Dwight McAfee had offered me a JoB to work with him. And a company call A.C Pavement.

___. The company was FRom ARkansas. But they Branched out and worked in Mississippi Hattiesburg and Jackson Mississippi. During My time in Mississippi. I worked with a Black African American male that claim to be a military veteran he Appeared to have hurt his Leg

___. While at work laying Aspht. We where at work In Jackson Mississippi at that Time. We got off work About 4:00PM the sun was still up. I helped him into the work Truck And Asphalt work Truck. After we were done working. I Rode Back with him to the hotel we

___. Where staying at. If I'm not mistaken. I Believe the highway was Highway 49. On our ride Back from Jackson Mississippi to Hattiesburg. In My statement HE will be know as the military veteran. The person that give the military rations to me to eat. The first package

//

//

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

*[Copy this page and insert it where you need additional space.]*

___. was a dark Tan package of choclate chip cookies. He did eat some of the chocolate chip cookies. He offered me some. I did eat of the chocolate chip cookies that was military rations. the second Package was the long Vanilla wafers. He ate one and give the package of vanilla wafers to me. I Pursued to eat them. And when ___. I was done eating the vanilla wafers. I Pass out when I had a woken. I noticed first was My Black Hoodie and Black Beanie hat Both was removed from My Body And Balled into a Knot And Placed up under My Head as a Pillow as My Head layed to the right side of the passenger door. What I noticed next was a cut ___. on My right ear. And I also noticed My Left ARM was red and bruised. As If I had A Medical IV Iserted into My Left ARM. Today After I returned from mississippi to Pine Bluff, Arkansas. Where I stayed the rest of the year 2008. I retum to california in 2009. I stayed between sacramento and San Francisco to find out shortly. ___. I was labeled as a Sex offender And a gay male. They used the RFID chip Implanted In me too tAunt me too call me chid molester. And gay this went on for 5 are 6 year ever day I would go out side. They followed me around saying That to me. What clarify that the RFID chip Is Real ___. In My Body I was at My Mother house on Palou st looking out the Top Window of her old Apartment. the RFID chip gave a Pinch. on My

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. Right ear. Soon After A Police squad caR Rolled By with tu white male officeR. As the squad caR Pass by. The passenger officeR Pointed up towards the window. That I was looking out of the officeR then grab a Whole of his right ear. And lick his Tongue out at Me. Here In california San Francisco I Also learned

___. that I had more then A RFID chip Implanted In My Body. I was having a panic Attack. The PaRAmedics Was call out to My Mother house. I did not want to ride In the Ambulance. So the PoLice was called out. The Police office was a asian male. that took me out to general hospital When we arrived to general hospital

___. the officer got out the squad car walked too the emergency interest door. Where he spoke to someone. Shortly he came Back and got me out the Backseat of the Squad car. And walked me to the Back of the Trunk of the squad car. He Had Me Face Away from him as he opened the Trunk. I don't know What he

___. did are retrieve. He closed the Trunk and proceed to walk Me. In the Building general HospitaL He grabbed a Whole. to My Hand's. And Rub a oily Substance. On Me My hands. Immediately My Hands Started cramping up. I asked him what was that he rub on my Hands. He did not Answer me. Next I

___. Was Handcuff to a gurney in the hallway on the first floor of general HospitaL. That when I learned that I had a Implanted hearing device. I Seen My

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. Mother old, neighbor Sandra I asked her to please. Help me can she check out My right ear. there's a chip Implanted underneath My skin of My right ear. She was a Nurse at general Hospital. She was told too step Away fromyme I was dehydrated And I asked for a cup of water. A different

___. nurse came up And handed the officer that was standing There he handed me the cup of water. Immediately atfer I drunk the cup of water. my mouth dried out. TO Where I couldn't speak a word. Too Tell what was going on It was like I drunk a cup of sand. Shortly After. That's when the Implanted hearing device

___. was turned on In my ears. The device give out a loud Ringing noise. In my ears That was In between 2010 - 2011. And is Still operable. And Is in use today 2022. The Same device that I complaint about then is found on ultrasound Today. In 2022, I would get every now and then Passerby's In

___. Vehicles that would yell out the car window the name Sam. They Yell It too me here. In San Francisco and In Sacramento. Too different time's and in two different locations. With this Implanted device the Only Sam that come to mind is uncle Sam the military. And they where Talking Directly to me.

___. There using military technology And Tactics on me. I'm a civilan It Inhumane that I have to walk Around with an Implanted RFID chip And a foreign

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. Implanted listening device. I stated before I would get strangers passing by In There vehicles yelling the word sam. In different loncation. One incident I was In sacramento walking toward the store. When a white male Rolled up on me and pointed At Me. And Yell to Me coming soon. He was driving A burgundy ___. Small station wagon. The name of the Apartment in sacrament is the sierra vista. I Was coming from my cousin House. When that Occurred. When I return Home to where I was Living with my cousin name Myesha Benson. The Apartment is Located over foothill on Jackson Street in ___. sacramento. The Apartment I Live In was Apartment 5 That's Located next to A Store. gas station. That evening I ARRives Home to My cousin House Myesha Benson. My cousin myesha she Left Home. I was at home. along Puting up My things. When someone call My Name Michael. The voice ___. Was coming from the vent In the bed room I Was Renting from My cousin. The voice repeated My Name again Michael. The vent was Located directly on the ceiling In front of the closet door. I also notice a round circle ball that Appeared to be a camera with a Red Light on it that Rotate ___. side to side Left to Right. I Ask who is that? The voice stated. I'm God And the sound of the voice was coming from the vent where the ball

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. With the red light. Rotateing side to side. And the voice stated I can kill you from where I'm siting just from a push of a button. That's when I learned that I had a device in my body that has the capability to cut off my oxygen And stop my heart rate. The device was demonstrate. The Implanted device was Activation

___. It felt like someone had a vacuum to my noise. seeping out my Air. And my heart rate felt like It was Stoping. The voice that come from the vent also replied if I was to tell anyone about what was going on that they would Kill me. ARe my childen These are the name's of my childen. That

___. Was name'ed Mikele Michael Dania. And when he said Angel Name I broke down crying. I Pleaded Please don't kill her. She's only Five years old. Shortly after that had occurred. I was Leaving out of the Store. gas Station. Next to the Apartment building on Jackson Street. I stop at the out side

___. Of the Store door. to situate my bags And look at my lottery ticket that I had. A white male with grey haired Blue eye's Approached me. And side to my Face. If I was to received Anything for What happened To you that I wouldn't Live to enJoy It. After he said that he proceeded to walk Away

___. And get in his big red Pick up Truck. And drive Away. They also did Announce from time to time that They wear the U.S ARMY. And to Be quiet that I will

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. receive something for what they have done to me. one off the recent things that have happen About a year ago. I was home with my wife. She was downstairs cooking I was upstairs Looking at television. When the Implanted hearing Aid's where turn on in my ear's. I heard loud ringing And then the ___. ringing went Low in my ears. And then a Lady voice replied over the Implanted hearing Aid. Michael RAY come outside this is the U.S ARMy. She Repeated the Same thing A,Second time Michael RAy come out Side this is the U.S ARMY. I went out Side to the front of the house. I noticed a Black femAle Standing about A ___. hundred feet Away with her hands on both her hips. She Saluted me. I raise my hand Back up at her. I turn around and come Back in the house. later on I told my wife. OVeR the year's the U.S ARMy have Been Blocking Me from getting the Right Medical Records I kept complaintin that the U.S ARMy is doneing Same ___. thing to me. And still is complaining still too This day 6-16-2020. I recorded the last Activation of the Implanted hearing Aid. With Pen And PapeR date and time. 12:56 pm as I was WRiting to the Court's the Implanted heaRing Aid in MY Right ear was Truned on giveing out A Loud ringing noise in my eaR. Time. 12:56 ___. P.M Date 6-15-2022. To the united States District Court the people that did this to me claim to be the U.S. ARMY. I have a RFID chip

- 8 -

*[Copy this page and insert it where you need additional space.]*

Implanted In me on my Right ear. And A PAiR of IMPlanted hearing Aid's. And there was something done to my eye's My eyesight scramble's up like A television. One more Incident that I have to Mention pertaining to My eye's I was at the walgreen store In Bayview

On 3rd street it was around 1:00pm a Black female women walk up to me and said don't forget that we control these and as soon as she said that my eyesight scrambled and roll like a television. That was Around February of this year 2022. This all happen year ago from me going on a website called

BlueApple.mobile the website made the FIRSt flip Phones Play like a Television By metro. It was around the 4th of July I went on the website BlueApple.mobile on My Phone. And Asked How to make to Make Fireworks. Then I Ask how to Make Home made Pipe Boom. I didn't think nothing of It the

Information, popped. I called channel 7 on your side. and gave them My Full name. Michael Lamont Ray told them about the information that I found And Asked can they Block the website also went down to the Mayor's office I didn't Know who to talk to Iwas Afraid of Beening targeted as a Black African American

I was Right. All I was try to do IS the right thing by turning in the website. Now I siting with a military device that can Kill me In my Body for thinking I was doing The Right thing!

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

. And I will like too say too the united states District court it's Been ABout 15 years ago since I went on that weBsite BlueAPPle. Mobi. I tRuly in my heart thought I was helPing my country by turning in the weBsite. And now I'm sitting here stuck with An

. Implanted device in my body done by the u.S ARMY. I was also ~~told~~ if I tell Anybody About what was going on I would Be ARRested and sent too Jail. All this Behind me doing the right thing for turn in the weBsite and asking Channel 7 on your side.

. to Block the weBsite. After that I was tAking By the USARMY And Implanted with this Inhumane device I've gotten sick from this device in Past. The Impanted device was done to me. AS A form of Punishment And Humiliation. I was supposed to have broking the

. Law 18 years ago. This is why I have walk around with this Implanted device, given to me by the military. I have one thing ask here when did the military start doing the SAn Francisco Police JoB, They also turned up the Implanted hearing Aid device. And Side they were trying to run me Into

. a mental hospital. With the use of the Implanted device.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

-5-

# CLAIMS

## First Claim

(*Name the law or right violated:* Civil Rights                              )

(*Name the defendants who violated it:* U.S ARMY "Et AL"                )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

I also grown a Knot In the Back of My Head. About the size of a golf Ball. My Body had to be Rejecting the implanted device. It had to Be surgically removed. I have Photo And video of the surgery. They have witheld My medical records. That showed this foreign Implanted device. They give me MRIS – cat Scans – X-RAYS And all the test came Back that there was noting there. Years later I was sent to get A ultrasound test. That discovered it And Reveal A RFID chip and a foreign device. The Implanted device is still Active and still In use on me today. The Implanted device is done against My will It is inhumane and it violates My civil Rights not only as An American but as a Black African American.

② ① My Bill of right on Health and safety The california Law on the Ban on fored RFID chips Senate Bill 362.

③ They violated civil code section 52.7

//

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

<u>Civil Right</u> Claim

*(Name the law or right violated:* <u>Michael Lamont RAY</u>            )

*(Name the defendants who violated it:* <u>U.S ARMY "Et AL"</u>            )

①. They violated My Bill of rights on Health And safety code setion's we will my Right thats violated In ChAPteR 1.3 Human EXperimetal. Setion 24172. (ChAPteR 1.3 Added. by Stats 1978, ch. 360)

②. They violated the california Law on the Ban on RFID chip's Senate Bill 362 PROhiBiting the fored implanting of RFID (Radio-frequency Identification) chips.

③. They violated cival code section 52.7 ) which pRovides that no Person shall require coeRce, or compel Any other individual to undergo the subcutaneous implanting of an identification device.

        . They violated My Human Rights

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

_____. The Relif Demand that I Am asking for is to Be compensated for my trouble and harm. A one Hundred thousand every 6 Months for the rest of My Life. I'm also asking the the senate bill 362 and 52.7 Be upheld In the courts. On my Behalf, here in California. And to be components. the Senate bill you see here is on the Ban on RFID cihps. And I Demanding that the use of this implanted device come to and End with no harm to Me. And not to Be contacted by the US. ARMY harssed ARe harm In Any Type of Way.

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 6-22-2022 Sign Name: Michael Ray

Print Name: Michael RAY

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – 05/17*]

- 7 -

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

_____. I would like the RFID Chip Removed I would like to be compensated for what they've done to my eye's, I would like An Attorney Appointed to me by the courts, And my civil Right met In the court

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 6-22-2022    Sign Name: Michael lamont Ray

Print Name: Michael RAmot RAY

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*